**SEALED**

**FILED** FEB 27 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. MO-08-CR- |
| ) | **MO08CR049** |
| 1) ERIC PAUL KRUEGER, ) | |
| 2) MICHAEL ZACHARIAH GOMEZ, ) | |
| 3) USBALDO ENRIQUE CASTILLO, ) | |
| 4) PATRICIA SUE HOWARD, ) | |
| 5) CHRISTOPHER WREN HAMBY, ) | |
| 6) RANDY RENE OLVERA, ) | |
| 7) MICHAEL TERRELL RANDALL, ) | |
| 8) JOHN CORBETT WILLIFORD, ) | |
| 9) KRISTIN RENEA HAWKINS, ) | |
| 10) KEVIN DWAYNE RODGERS, and ) | |
| 11) RACHAEL FRANCINE SAVALA ) | |

**MOTION TO SEAL**

COMES NOW the United States of America by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney for said district and files this its Motion to Seal the Indictment, Arrest Warrants, all accompanying documents, this Motion and Order in the above-styled and numbered cause and for grounds therefore states:

1. Access to the documents herein prior to their service would jeopardize and compromise the investigation herein.

2. To publicize the documents herein would seriously jeopardize the safety of arresting officers.

WHEREFORE, the United States respectfully prays that this Court issue an order sealing the Indictment, Arrest Warrants, all accompanying documents, this Motion and Order in the above-styled and numbered cause, save and except copies to be delivered to the United States Attorney's Office, United States Marshals Service, and the Midland Police Department.

The United States requests that upon the arrest of any one or more of the Defendant(s), the Indictment shall be UNSEALED as to the arrested Defendant(s). The United States prays that the names of the remaining Defendant(s), if any, continue to be SEALED for a period of at least seven (7) days.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: *[signature]*
JEFFREY J. PARRAS
Assistant United States Attorney
State Bar No. 00792741
400 W. Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4131 FAX