# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. MO-08-CR- |
| ) | **M008CR049** |
| 1) ERIC PAUL KRUEGER, ) | |
| 2) MICHAEL ZACHARIAH GOMEZ, ) | |
| 3) USBALDO ENRIQUE CASTILLO, ) | |
| 4) PATRICIA SUE HOWARD, ) | |
| 5) CHRISTOPHER WREN HAMBY, ) | |
| 6) RANDY RENE OLVERA, ) | |
| 7) MICHAEL TERRELL RANDALL, ) | |
| 8) JOHN CORBETT WILLIFORD, ) | |
| 9) KRISTIN RENEA HAWKINS, ) | |
| 10) KEVIN DWAYNE RODGERS, and ) | |
| 11) RACHAEL FRANCINE SAVALA ) | |

## SEALING ORDER

**THIS MATTER** having come before the Court pursuant to the Government's written **MOTION TO SEAL**, and the Court being fully advised and satisfied in the premises,

**FINDS** that the interest of justice require that the Government's **MOTION TO SEAL** be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Indictment, Arrest Warrants, all accompanying documents, the Motion to Seal, and this Order in the above-styled and numbered cause, are hereby **ORDERED** sealed until further order of the Court, save and except copies to be delivered by the District Clerk to the United States Attorney's Office, the United States Marshals Service, and the Midland Police Department.

Upon the arrest of any one or more of the Defendant(s), the Indictment shall be **UNSEALED** 7 days after the Defendant(s)' initial appearance before a judicial officer. In the event the Government has a compelling reason why the Indictment should continue to remain sealed, it should notify the Court prior to the date described above.

It is so **ORDERED**.

Signed this 27 day of February, 2008.

~~L. STUART PLATT~~ Robert Junell
United States ~~Magistrate~~ District Judge