**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>V.<br><br>ERIC PAUL KRUEGER<br>MICHAEL ZACHARIAH GOMEZ,<br>USBALDO ENRIQUE CASTILLO,<br>       a/k/a, "Rick,"<br>PATRICIA SUE HOWARD,<br>CHRISTOPHER WREN HAMBY,<br>RANDY RENE OLVERA,<br>MICHAEL TERRELL RANDALL,<br>JOHN CORBETT WILLIFORD,<br>KRISTIN RENEA HAWKINS,<br>KEVIN DWAYNE RODGERS,<br>and RACHAEL FRANCINE SAVALA,<br>               Defendants. | ) CRIMINAL NO.<br>) **I N D I C T M E N T**<br>)<br>) [Vio: 21 U.S.C. § 846 - Conspiracy<br>) to Distribute & Possess With Intent<br>) to Distribute Controlled Substances]<br><br>**MO08CR049** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 846]

That from on or about January 1, 2006, to on or about December 13, 2007, in the

Western District of Texas and the Northern District of Texas, the Defendants,

ERIC PAUL KRUEGER,
MICHAEL ZACHARIAH GOMEZ,
USBALDO ENRIQUE CASTILLO, a/k/a, "Rick,"
PATRICIA SUE HOWARD,
CHRISTOPHER WREN HAMBY,
RANDY RENE OLVERA,
MICHAEL TERRELL RANDALL,
JOHN CORBETT WILLIFORD,
KRISTIN RENEA HAWKINS,
KEVIN DWAYNE RODGERS,
and RACHAEL FRANCINE SAVALA,

did combine, conspire, confederate and agree together and with each other, and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances, which offense involved:

A) 50 grams or more of methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and

B) 5 kilograms or more of cocaine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL. Original signed by the foreperson of the Grand J...

FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

JEFF PARRAS
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JEFF PARRAS | |
| DEFENDANT: 1) ERIC PAUL KRUEGER | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: | | EMPLOYED APPOINTED |
| DEFENDANT IS:       ADDRESS: | | |
| DATE OF ARREST: Not Arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute 50 grams or more of meth & 5 kilos or more of cocaine. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 (both A & B) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT: Robby Mobley, MPD Midland Police Department 601 North Loraine Midland, Texas 79701 | | |

WDT-Cr-3

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: | | UNSEALED: XX |
| COUNTY: Midland | DIVISION: MIDLAND | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JEFF PARRAS | |
| DEFENDANT: 2) MICHAEL ZACHARIAH GOMEZ | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No   LANGUAGE:

DEFENSE ATTORNEY:                                              EMPLOYED
                                                               APPOINTED

DEFENDANT IS:
    ADDRESS:

| | |
|---|---|
| DATE OF ARREST: Not Arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute 50 grams or more of meth & 5 kilos or more of cocaine.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 (both A & B) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Robby Mobley, MPD
Midland Police Department
601 North Loraine
Midland, Texas 79701

WDT-Cr-3

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: | MO08CR049 | UNSEALED: XX |
| COUNTY: Midland | DIVISION: MIDLAND | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JEFF PARRAS | |
| DEFENDANT: 3) USBALDO ENRIQUE CASTILLO | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:                                        EMPLOYED
                                                         APPOINTED

DEFENDANT IS:
    ADDRESS:

| DATE OF ARREST: Not Arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute 50 grams or more of meth & 5 kilos or more of cocaine.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 (both A & B) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Robby Mobley, MPD
Midland Police Department
601 North Loraine
Midland, Texas 79701

WDT-Cr-3

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | MO08CR049 | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JEFF PARRAS | |
| DEFENDANT: MICHAEL TERRELL RANDALL | | DOB: XXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:                                         EMPLOYED
                                                          APPOINTED

DEFENDANT IS:
    ADDRESS:

| DATE OF ARREST: | BENCH WARRANT: YES |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute 50 grams or more of meth & 5 kilos or more of cocaine.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 (both A & B) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Robby Mobley, MPD
Midland Police Department
601 North Loraine
Midland, Texas 79701

WDT-Cr-3

# *SEALED*

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JEFF PARRAS | |
| DEFENDANT: JOHN CORBETT WILLIFORD | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: | | EMPLOYED APPOINTED |
| DEFENDANT IS:<br>    ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT: YES |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute 50 grams or more of meth & 5 kilos or more of cocaine. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 (both A & B) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Robby Mobley, MPD<br>Midland Police Department<br>601 North Loraine<br>Midland, Texas 79701 | | |

WDT-Cr-3

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | MO08CR049 | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND | JUDGE: JUNELL |
| DATE: February 27, 2008 | MAG CT #: | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: JEFF PARRAS | |
| DEFENDANT: KRISTIN RENEA HAWKINS | | DOB: XXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:                                            EMPLOYED
                                                             APPOINTED

DEFENDANT IS:
    ADDRESS:

| DATE OF ARREST: | BENCH WARRANT: YES |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute 50 grams or more of meth & 5 kilos or more of cocaine.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 (both A & B) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Robby Mobley, MPD
Midland Police Department
601 North Loraine
Midland, Texas 79701

WDT-Cr-3