AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of Texas

FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Michael Zachariah Gomez

**WARRANT FOR ARREST**

Case Number: MO-08-CR-049-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Michael Zachariah Gomez
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance.

in violation of Title  21  United States Code, Section(s)  846

William G. Putnicki
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

2/28/2008                    Midland, TX
Date                              Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Ft Worth Tx

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/28/08 | Toby Reed DUSM | St E/— for Reed |
| DATE OF ARREST | | |
| 06/10/08 | | |