# United States District Court
# Northern District of Texas

Karen Mitchell, Clerk of Court

501 West Tenth Street, Room 310

Fort Worth, Texas 76102

June 11, 2008

RECEIVED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

United States District Clerk
Western District of Texas, Midland-Odessa Division
200 East Wall, Room 107
Midland, TX 79701

SUBJECT: Our Case 4:08-MJ-100(01)  Your Case No. MO-08-CR-049-01
United States of America v. Eric Paul Krueger
Our Case: 4:08-MJ-100 (02) Your Case No. MO-08-049-02
United States of America v. Michael Zachariah Gomez

Dear Clerk:

Rule 5(c) papers on the above-named individuals are being transmitted to your district. The enclosed documents constitute the instruments that were filed in this court. A certified copy of the docket sheet is also being forwarded.

A copy of this letter and return envelope are enclosed for your convenience in acknowledging receipt of this file.

Sincerely,
KAREN MITCHELL
CLERK OF COURT

By: _____
Deputy Clerk

Enclosures

---

Please acknowledge below receipt of the documents described above.

Date:_____        Clerk, U.S. District Court

                  By:_____
                          Deputy Clerk

CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:08-mj-00100 All Defendants
# Internal Use Only

Case title: USA v. Krueger et al
Other court case number: MO-08-CR-049 Western District of Texas/Midland-Odessa Division

Date Filed: 06/10/2008
Date Terminated: 06/11/2008

Assigned to: Magistrate Judge Charles Bleil

**Defendant (1)**

**Eric Paul Krueger**
*TERMINATED: 06/11/2008*

represented by **Peter Michael Fleury**
Federal Public Defender - Fort Worth
819 Taylor St
Room 9A10
Fort Worth, TX 76102
817/978-2753
Fax: 817/978-2757 FAX
Email: peter_fleury@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

Certified a true copy of an instrument
on file in disposition 6-11-08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 21:841(a)(1), (b)(1)(A); 21:846 Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance | |

Assigned to: Magistrate Judge Charles Bleil

**Defendant (2)**

**Michael Zachariah Gomez**
*TERMINATED: 06/11/2008*

represented by **William H Ray**
Law Office of William H Ray
512 Main St
Suite 308
Fort Worth, TX 76102
817/698-9090
Fax: 817/698-9092 FAX
Email: bill@billraylawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) |
|---|
| None |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) |
|---|
| None |

| Complaints | Disposition |
|---|---|
| 21:841(a)(1), (b)(1)(A); 21:846 Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance | |

**Plaintiff**

USA            represented by   **Robert Austin Klinck**
US Attorney's Office
801 Cherry St
Suite 1700
Fort Worth, TX 76102
817/252-5200
Fax: 817/978-3094
Email: robert.klinck@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | | Arrest (Rule 5) of Eric Paul Krueger(01) and Michael Zachariah Gomez (02). Case Number MO-08-CR-049 from Western District of Texas Midland-Odessa Division. (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 1 | MOTION for Pretrial Detention filed by USA as to Eric Paul Krueger (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Charles Bleil: Initial Appearance on Rule 5(c) hearing as to Eric Paul Krueger held on 6/10/08. Deft arrested 6/10/08 on warrant from the Western District of Texas, Midland-Odessa Division; Deft appeared w/counsel; Deft executed financial affidavit; O/appointing FPD entered; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/Ans & Appear in prosecuting district entered; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA - Robert Klinck; Defense - Peter Fleury. (Tape #Digital File.) Time in Court: 4 minutes. (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 3 | WAIVER of Rule 5(c) Hearings by Eric Paul Krueger: re Identity Hearing and has been informed no right to a preliminary examination and, therefore, consents to the issuance of an order requiring appearance in the prosecuting district where charge is pending. (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 4 | ***CJA 23 Financial Affidavit by Eric Paul Krueger (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Eric Paul Krueger. Peter Michael Fleury for Eric Paul Krueger appointed. (Signed by Magistrate Judge Charles Bleil on 6/10/08) (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 6 | ORDER HOLDING DEFENDANT TO ANSWER AND APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION as to Eric Paul Krueger: detained without bond and ordered removed to Charging District. (copy USM 6/10/08) (Signed by Magistrate Judge Charles Bleil on 6/10/08) (jah) (Entered: 06/11/2008) |

| | | |
|---|---|---|
| 06/10/2008 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Eric Paul Krueger. Defendant committed to District of Western District of Texas, Midland-Odessa Division, Case # MO-08-CR-049-01. (certified copy to USM 6/10/08) (Signed by Magistrate Judge Charles Bleil on 6/10/08) (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 8 | MOTION for Pretrial Detention filed by USA as to Michael Zachariah Gomez (02) (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 9 | Minute Entry for proceedings held before Magistrate Judge Charles Bleil: Initial Appearance on Rule 5(c) hearing as to Michael Zachariah Gomez held on 6/10/08. Deft arrested 6/10/08 on warrant from the Western District of Texas, Midland-Odessa Division; Deft appeared w/counsel; Deft executed financial affidavit; O/appointing CJA William Ray entered; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/Ans & Appear in prosecuting district entered; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA - Robert Klinck; Defense - William Ray. (Tape #Digital File.) Time in Court: 4 minutes. (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 10 | ***CJA 23 Financial Affidavit by Michael Zachariah Gomez (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 11 | CJA 20 as to Michael Zachariah Gomez: Appointment of Attorney William H Ray for Michael Zachariah Gomez. Attorney notified and Appointment Packet mailed. (Signed by Magistrate Judge Charles Bleil on 6/10/08) (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 12 | WAIVER of Rule 5(c) Hearings by Michael Zachariah Gomez re: Identity Hearing and, therefore, consents to the issuance of an order requiring appearance in the prosecuting district where charge is pending. (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 13 | ORDER HOLDING DEFENDANT TO ANSWER AND APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION as to Michael Zachariah Gomez: detained without bond and ordered removed to Charging District. (copy USM 6/10/08) (Signed by Magistrate Judge Charles Bleil on 6/10/08) (jah) (Entered: 06/11/2008) |
| 06/10/2008 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Michael Zachariah Gomez. Defendant committed to District of Western District of Texas, Midland-Odessa Division, Case # MO-08-CR-049-02. (certified copy to USM 6/10/08) (Signed by Magistrate Judge Charles Bleil on 6/10/08) (jah) (Entered: 06/11/2008) |
| 06/11/2008 | 15 | Transmitted Rule 5(c) case papers as to Eric Paul Krueger, Michael Zachariah Gomez certified copy of docket along with transmittal letter to US District Clerk's Office, Western District of Texas, Midland-Odessa Division Case # MO-08-049 mailed by Fed Ex (jah) (Entered: 06/11/2008) |
| 06/11/2008 | | (Court only) ***Terminated defendant Michael Zachariah Gomez and Eric Paul Krueger, pending deadlines, and motions., ***Set/Clear Flags as to Eric Paul Krueger, Michael Zachariah Gomez (jah) (Entered: 06/11/2008) |

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 4:08-100-MJ |
| | § | |
| ERIC PAUL KRUEGER (1) | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**: This case is eligible for a detention order because the case involves:
   - ___ Crime of violence (18 U.S.C. § 3156)
   - _X_ Controlled Substance offense punishable by 10 or more years
   - ___ Felony with 2 prior convictions in above categories
   - ___ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
   - ___ Serious risk that the Defendant will flee
   - _X_ Maximum sentence of LIFE imprisonment or death
   - ___ Felony involving a minor victim
   - ___ Felony involving failure to register (18 U.S.C. § 2250)
   - ___ Serious risk that Defendant will obstruct justice

2. **Reason for Detention**: The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
   _X_ Defendant's appearance as required  _X_ The safety of the community  ___ The safety of another person.

3. **Rebuttable Presumption**: The United States **will**/ will not invoke the rebuttable presumption against the Defendant because there is probable cause to believe that the Defendant has committed
   - _X_ Controlled Substance Offense punishable by 10 or more years imprisonment
   - ___ Firearms offense under 18 U.S.C. § 924(c)
   - ___ Felony involving a minor victim (18 U.S.C. §§ 1201, 2251)
   - ___ Federal crime of terrorism, 18 U.S.C. §§ 2332b(g)(5)
   - ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time for Detention Hearing**: The United States requests the Court to conduct the detention hearing ___ at the Defendant's first appearance___; after a continuance of _3_ days.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

*/s/ Robert A. Klinck*

ROBERT A. KLINCK
Assistant United States Attorney
Texas State Bar No. 24036917
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: 6-10-08      */s/ Robert A. Klinck*

ROBERT A. KLINCK
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DIVISION

| | |
|---|---|
| JUDGE: CHARLES BLEIL | |
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO: Blanca McCallum |
| INTERPRETER: | COURT TIME: 4 minutes |
| A.M. P.M. 2:16 - 2:20 | DATE: JUNE 10, 2008 |

☒ MAG. NO. 4:08-MJ-100(01)

UNITED STATES OF AMERICA

V.

ERIC PAUL KRUEGER

DEFENDANT(S) NAME(S) AND NUMBER(S)

Robert Klinck AUSA

Peter Fleury F

COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By

■ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 6-10-08 ☐ SURRENDER _____ ■ RULE 5/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET _____ ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☒ ORDER HOLDING DEFENDANT TO ANS. & APPEAR IN PROSECUTING DISTRICT ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☒ DEFT ☐ MW REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT/COMMITMENT TO ANOTHER DISTRICT ENTERED.
☒ WAIVER OF ☒ RULE 5/32 HEARING AS TO: ☒ IDENTITY ☐ PRELIMINARY HEARING ☒ BH OTHER DIST. ☐ PH THIS DISTRICT
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: **Copy of Indictment and Warrant received USDC Western District of Texas; Case No. MO-08-CR-049-01**

# United States District Court
NORTHERN DISTRICT OF TEXAS AT FORT WORTH

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX.
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | WAIVER OF RULE 5(c) HEARINGS (Excluding Probation Cases) |
| V. | § § | |
| ERIC PAUL KRUEGER | § | CASE NUMBER: 4:08-MJ-100(01) |

I, Eric Paul Krueger, understand that in the Western District of Texas, charges are pending alleging Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance, and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(✓) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing, but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

_____
Defense Counsel

June 10, 2008



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:08-MJ-100(01) |
| | § | |
| ERIC PAUL KRUEGER | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: June 10, 2008.

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case Number: 4:08-MJ-100 (01) |
| V. § | |
| § | Charging District Case No.: |
| § | MO-08-CR-049-01 |
| ERIC PAUL KRUEGER § | |

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The Defendant having appeared before this Court pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and proceedings having been concluded, and Defendant ORDERED

☐ released.

IT IS ORDERED that the Defendant be held to answer in the United States District Court for _____ District of _____, and shall appear at all proceedings as required.

The Defendant shall next appear at (if blank, to be notified) _____
*Place and Address*
_____ on _____.
*Date and Time*

☑ detained.

IT IS ORDERED that the Defendant is detained without bond and ordered removed to the Charging District.

SIGNED June 10, 2008.

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE



AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern District of Texas at Fort Worth

UNITED STATES OF AMERICA
V.
ERIC PAUL KRUEGER

**COMMITMENT TO ANOTHER DISTRICT**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | MO-08-CR-049-01 | 4:08-MJ-100(01) | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a   21   U.S.C.   841 (a)(1), 841(b)(1)(A)

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF TEXAS, MIDLAND-ODESSA DIVISION

**DESCRIPTION OF CHARGES:**

Distribute and possess with intent to distribute controlled substances

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language: _____

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 10, 2008
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

7

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA §
§
v. § Case No. 4:08-100-MJ
§
MICHAEL ZACHARIAH GOMEZ (2) §

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**: This case is eligible for a detention order because the case involves:

- ___ Crime of violence (18 U.S.C. § 3156)
- **X** Controlled Substance offense punishable by 10 or more years
- ___ Felony with 2 prior convictions in above categories
- ___ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ___ Serious risk that the Defendant will flee
- **X** Maximum sentence of LIFE imprisonment or death
- ___ Felony involving a minor victim
- ___ Felony involving failure to register (18 U.S.C. § 2250)
- ___ Serious risk that Defendant will obstruct justice

**2. Reason for Detention**: The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

**X** Defendant's appearance as required **X** The safety of the community ___ The safety of another person.

**3. Rebuttable Presumption:** The United States **will**/ will not invoke the rebuttable presumption against the Defendant because there is probable cause to believe that the Defendant has committed

- **X** Controlled Substance Offense punishable by 10 or more years imprisonment
- ___ Firearms offense under 18 U.S.C. § 924(c)
- ___ Felony involving a minor victim (18 U.S.C. § § 1201, 2251)
- ___ Federal crime of terrorism, 18 U.S.C. § § 2332b(g)(5)
- ___ Previous conviction for "eligible" offense committed while on pretrial bond

**4. Time for Detention Hearing**: The United States requests the Court to conduct the detention hearing ___ at the Defendant's first appearance___; after a continuance of _3_ days.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

_/s/ Robert A. Klinck_

ROBERT A. KLINCK
Assistant United States Attorney
Texas State Bar No. 24036917
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: 6-10-08

_/s/ Robert A. Klinck_

ROBERT A. KLINCK
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DIVISION

| JUDGE: | CHARLES BLEIL | |
|---|---|---|
| DEPUTY CLERK: | JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | | USPO/PTSO: Blanca McCallum |
| INTERPRETER: | | COURT TIME: 4 minutes |
| A.M. | P.M. 2:20-2:24 | DATE: JUNE 10, 2008 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

☒ MAG. NO. 4:08-MJ-100(02)

UNITED STATES OF AMERICA

V.

MICHAEL ZACHARIAH GOMEZ

DEFENDANT(S) NAME(S) AND NUMBER(S)

Robert Klinck — AUSA

William Ray — (A)

COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

■ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 6-10-08 ☐ SURRENDER _____ ■ RULE 5/32 ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☒ PRIVATE COUNSEL APPOINTED William Ray
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET _____ ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☒ ORDER HOLDING DEFENDANT TO ANS. & APPEAR IN PROSECUTING DISTRICT ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☒ DEFT ☐ MW REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT/COMMITMENT TO ANOTHER DISTRICT ENTERED.
☒ WAIVER OF ☒ RULE 5/32 HEARING AS TO: ☒ IDENTITY ☐ PRELIMINARY HEARING ☒ PH OTHER DIST. ☐ PH THIS DISTRICT   DH
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: **Copy of Indictment and Warrant received USDC Western District of Texas; Case No.** MO-08-CR-049-02

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Michael Zachariah Gomez | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>4:08-MJ-100(02) | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v. Gomez | 8. PAYMENT CATEGORY<br>X Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>X Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)* | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21:841(a)(1), (b)(1)(A); 21; 846 Conspiracy to distribute and possess with intent to distribute controlled substances

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*,<br>AND MAILING ADDRESS<br><br>William H. Ray<br>512 Main Street, Suite 308<br>Fort Worth, Texas 76102<br><br>Telephone | 13. COURT ORDER<br>X O Appointing Counsel ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel Attorney ☐ Y Standby Counsel<br><br>Prior Attorney's<br>Appointment<br>Because the above-named person represented has testified under oath or has satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other *(See Instructions)*<br><br>*[Signature]*<br>Signature of Presiding Judge or By Order of the Court<br>June 10, 2008<br>Date of Order    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment. ☐ YES ☐ NO |
|---|---|

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $          ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $          ) TOTALS: | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO   If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____ Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

# United States District Court
NORTHERN DISTRICT OF TEXAS AT FORT WORTH

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 10 2008

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| MICHAEL ZACHARIAH GOMEZ | § | CASE NUMBER: 4:08-MJ-100(02) |

I, Michael Zachariah Gomez, understand that in the Western District of Texas, charges are pending alleging Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance, and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing, but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

June 10, 2008

_____
Defense Counsel



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case Number: 4:08-MJ-100 (02) |
| V. | § | |
| | § | Charging District Case No.: |
| | § | MO-08-CR-049-02 |
| MICHAEL ZACHARIAH GOMEZ | § | |

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The Defendant having appeared before this Court pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and proceedings having been concluded, and Defendant ORDERED

☐  released.

IT IS ORDERED that the Defendant be held to answer in the United States District Court for _____ District of _____, and shall appear at all proceedings as required.

The Defendant shall next appear at (if blank, to be notified) _____
*Place and Address*
_____ on _____.
*Date and Time*

☑  detained.

IT IS ORDERED that the Defendant is detained without bond and ordered removed to the Charging District.

SIGNED June 10, 2008.

_____
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE



AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern  District of  Texas at Fort Worth

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| MICHAEL ZACHARIAH GOMEZ | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER |
|---|---|---|
| District of Arrest | District of Offense | District of Arrest |
| | MO-08-CR-049-02 | 4:08-MJ-100(02) |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
■ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a  21  U.S.C.  841 (a)(1), 841(b)(1)(A); 846

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF TEXAS MIDLAND-ODESSA DIVISION

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute and possess with intent to distribute controlled substances

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☑ CJA  ☐ None
Interpreter Required?  ☑ No  ☐ Yes  Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

June 10, 2008
Date                                Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |