AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| United States of America | § § § § § | **EXHIBIT AND WITNESS LIST** |
|---|---|---|
| vs. | | Case Number: MO:08-CR-00049(2)-RAJ |
| (2) Michael Zachariah Gomez | | |

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| B. DWIGHT GOAINS | JOHN KLASSEN | DAVID GREENHAW |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 07/18/2008 | DIGITAL | Cristina Lerma |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| X | | | | | ROBBY MOBLEY |
| | X | 7-18-08 | DEFT 1 | YES | LETTER TO JUDGE |
| | X | 7-18-08 | DEFT 2 | YES | LETTER TO JUDGE |
| | X | 7-18-08 | DEFT 3 | YES | LETTER TO JUDGE |
| | X | 7-18-08 | DEFT 4 | YES | LETTER TO JUDGE |
| | X | 7-18-08 | DEFT 5 | YES | LETTER TO JUDGE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.