## THORNE & SKINNER
### Attorneys at Law
### Closing Office For
# HEXTER-FAIR TITLE COMPANY

**Attorneys**

Kim R. Thorne
*Board Certified – Personal Injury Trial Law*
*Texas Board of Legal Specialization*
Michael L. Skinner

**Escrow Officers**

Jody Thorne Morris
Kristy Green
Lisa Stefka
Lila Thorn
Jeanie Carreno

Date: July 14, 2008        Pages to Follow:    4

To:    David Clyne Greenhaw
       Attorney at Law

Fax:   432.682.6504

From:  Jody Thorne Morris
       jmorris@tstgroup.com

Re:    Case Number: MO:08-CR-00049(2)-RAJ
       USA vs. Michael Zachariah Gomez

Per our conversation, attached please find the letters written on behalf of Mike Gomez.

Thank you for presenting these letters to the court. Please stress that we would be there in person if not for the planned birth of the baby. We should be available to travel to Midland on Wednesday.

We do so greatly appreciate your assistance. Please let me know if anything else would be helpful to the case.

☺☼Thanks!!☼☺



DEFENDANT'S EXHIBIT

123 West Main Street, Suite 300 • Grand Prairie, Texas 75050 • 972.264.9044 • fax 972.263.1553 metro

## THORNE, SKINNER & THORNE
*Attorneys at Law*

Closing Office for **HEXTER-FAIR TITLE COMPANY**

*Attorneys*
KIM R. THORNE
*Board Certified Personal Injury Trial Law*
*Texas Board of Legal Specialization*
MICHAEL L. SKINNER
JOHN M. THORNE, JR.

*Escrow Officers*
JODY THORNE MORRIS
KRISTY GREEN
LISA STEFKA
LILA THORN
JEANIE CARRENO
DINA MCCOY

July 14, 2008

Hon. Judge Dwight Goains
U. S. Magistrate Judge
United States District Court
Western District of Texas
Midland-Odessa Division

Re:   Case Number: MO:08-CR-00049(2)-RAJ
      USA vs. Michael Zachariah Gomez

Dear Judge Goains,

Thank you for allowing me the opportunity to address you in this fashion. I would be there before you in person if not for the impending birth of my first grandchild. Possibly, by the time you are hearing this, the child has been born.

Michael Zachariah Gomez, who is before you today for his arraignment/detention hearing, is the father of this child. I know Mike to be a good man. I am anxious for Mike's release so that he can be here with my daughter, Michele, and his child, and so that we can all have the opportunity to properly grow as a family unit.

My family has lived in Grand Prairie, Dallas County, Texas since the early 1950's. I have been in the title business with my family since 1986. My husband, Patrick Morris, has owned our home and his business, Morris Custom, Trim, Inc. since the mid 1970's. I mention this as way of entering into the record that we are very vested in our community and it is our desire and intent to bring Mike into this community, into our business, and into our home and family. We have made room in our home for Michele and Mike and the baby. My husband has made plans for Mike to join him in his cabinet manufacturing business. It is a great opportunity for Mike to learn this trade and for Pat to have an assistant he can depend on and vest with the knowledge of the woodworking craft.

Please know that I truly believe in Mike's goodness and I will do all in my power to contribute to his growth as a solid citizen. We will assist the court in these proceedings in any way needed. Thank you so much for your consideration. Please grant Mike bond.

Respectfully yours,

Jody Thorne Morris

**DEFENDANT'S EXHIBIT 2**

123 West Main Street • Suite 300 • Grand Prairie, Texas 75050 • 972.264.9044 • fax 972.263.1553 metro

## Morris Custom Trim, Inc.
### 214.704.0928

**Shop Address:**
2322 Doreen Street
Grand Prairie, Texas 75050
972.602.3772 Fax

**Mailing Address:**
901 Clarice Street
Grand Prairie, Texas 75051
972.264.2934 Phone

July 14, 2008

Hon. Judge Dwight Goains
U. S. Magistrate Judge
United States District Court
Western District of Texas
Midland-Odessa Division

DEFENDANT'S EXHIBIT 3

Re:   Case Number: MO:08-CR-00049(2)-RAJ
      USA vs. Michael Zachariah Gomez

Dear Judge Goains,

Michael Gomez is before you today for his arraignment/detention hearing. I would be with him if not for the birth of his baby, my first grandchild. We are requesting that you grant to him a signature bond and release him as soon as possible so that he can join us here in Grand Prairie, Dallas County, Texas.

Upon Mike's release, I will take him into my business and teach him. My business consists of building cabinets, trimming homes and general contracting. I have a shop that's equipped with modern automated tools and I do a lot of installing stores in malls and shopping centers. As I'm getting older, I find it harder to do the things I used to do on my own with ease and I have a great business to pass on. Having Mike join me will be mutually beneficial.

Upon the granting of bond, I will personally travel to Midland to sign whatever is needed and to pick up Mike and bring him home.

Thank you for your consideration.

Respectfully,

*Patrick O. Morris*

Patrick O. Morris



DEFENDANT'S EXHIBIT 4

Marie Miller Tenant
2745 Ryan Place Drive
Fort Worth, Texas 76110
July 13, 2008

    I am writing on behalf of my son, Michael Z. Gomez. I respectfully ask the court to consider bond in his case. Michael's wife, Michele Mahoney, is due to give birth on Tuesday, July 15, 2008. Michele needs him. His baby needs a chance to bond with her father. Mike will be living and working with Michele's family. They are good people who are giving him the opportunity to participate in a family business and build a good life for his family. They have strong ties to the community and will give Mike the stability he needs to move forward with his life.

    Michael's niece Caitlin Gomez had been diagnosed with a serious brain condition. She has AVM, arterial venal malformation. The mass is located too deep in her brain to be surgically removed. She is extremely close to her Uncle Mike and asks for him almost everyday. We are confident that the Doctors will be able to treat her, however, there are grave risks with the procedures necessary to treat her condition. The chance that she will suffer a stroke, brain damage or worse, death are too real. Her father, Mike's brother, Sean Gomez, needs his brother right now. Sean and Mike have always been close. He is facing the loss of his baby girl and needs his family to be with him.

    Mike's step-father has advanced liver disease. We depend on Mike to help with heavy chores such as yard work. Mike is a decent young man who is loved and needed by his family. Please consider granting bond for Michael, it would mean more than I can express in this letter.

Respectfully,

*Marie Miller Tenant*

Marie Miller Tenant



DEFENDANT'S EXHIBIT

Michele Denise Mahoney
901 Clarice St
Grand Prairie, Texas 75051

July 14, 2008

Hon. Judge Dwight Goains
U. S. Magistrate Judge
United States District Court
Western District of Texas
Midland-Odessa Division

Re:   Case Number: MO:08-CR-00049(2)-RAJ
      USA vs. Michael Zachariah Gomez

Dear Judge Goains,

    First, I apologize that I am unable to be present at this detention hearing for Mike Gomez. There is only one thing in the world that would keep me away from there today and that being the birth of our child. As you are reading/hearing this I should have already given birth to his child. I am scheduled to be induced at 6:00 am Tuesday, July 15th. I miss him and love him so very much and nothing would make me happier than to have him home, to help me raise our child. The past month without him here has been extremely hard on me. I know nothing would mean more to Mike than to be able to be home with us as we begin our family. If I could have Mike home with me and our newborn, it would be the best day of my life!

    Secondly, if Mike is granted bond he will be living with me and our baby at my parent's house in Grand Prairie. He will be working with my dad at Morris Custom Trim, which is my dad's own business. He will be learning an invaluable trade. My dad is very talented and he is willing to teach him everything there is to know about trim work, cabinet making and general contracting. This is a great opportunity. Not only will my dad have the much needed help right now, but also later on down the road he will be able to pass the business down to Mike when he retires.

    Thank you for considering bond in his case and taking the time to hear my letter.

Respectfully yours,

*Michele Denise Mahoney*
Michele Denise Mahoney