**FILED**

**AUG 1 8 2008**

**CLERK, U.S. DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. MO-08-CR-049 |
| ) | |
| MICHAEL ZACHARIAH GOMEZ ) | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, MICHAEL ZACHARIAH GOMEZ, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this the 16th day of August, 2008.

_____
MICHAEL ZACHARIAH GOMEZ
Defendant

_____
BRIAN CHAVEZ
Attorney for Defendant

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
JEFFREY J. PARRAS
Assistant United States Attorney