UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
AUG 1 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO. MO-08-CR-049 |
| | ) |
| MICHAEL ZACHARIAH GOMEZ | ) |

### FACTUAL BASIS

If this case had gone to trial, the Government would have proven the following:

For several months in 2007, ending on approximately December 13, 2007, in the Western and Northern Districts of Texas, **MICHAEL ZACHARIAH GOMEZ** conspired with others to distribute and possess with intent to distribute large quantities of methamphetamine (meth). Specifically, GOMEZ supplied Spencer Coker with quantities of meth on several occasions in the Dallas-Fort Worth area, which Coker transported each time to Big Spring, Texas. For instance, In March, 2007, GOMEZ supplied a kilogram of meth to Coker and others, ~~and then stole it back before Coker was able to transport it back to Big Spring.~~ JP/BC/MV

Once in Big Spring, Coker and others were distributing the meth in various quantities in West Texas, including Midland. The total amount of meth provided by GOMEZ and distributed by the organization was well over 50 grams of actual methamphetamine.

_____
MICHAEL ZACHARIAH GOMEZ
Defendant

Date: 8/18/8

_____
BRIAN CHAVEZ
Attorney for Defendant

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
JEFF PARRAS
Assistant United States Attorney